PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

2010 FEB 26 PM 3: [illegible]
CLERK
U.S. DISTRICT COURT
FILED

U.S.A. vs. Richard Martin                                    Docket No.    0315 2:09CR00098-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Richard Martin, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 15th day of April, 2009, under the following conditions:

The defendant shall not commit any offense in violation of any federal, state, or local law. Specific conditions include that he report to Pretrial Services as directed; that his travel be restricted to the Western District of Pennsylvania; that he surrender his passport to Pretrial Services and obtain no passport; that he refrain from possessing a firearm, destructive device, or other danger weapon; that he refrain from any use of alcohol; and that he refrain from the use or unlawful possess of a narcotic drug or other controlled substances. The defendant is also required to submit to drug testing and or treatment, if deemed advisable. The defendant is also required to report as soon as possible any contact with law enforcement personnel, including, but not limited to any arrest, questioning or traffic stop.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was arrested and charged on February 25, 2010, by the Pittsburgh Police Department, with Criminal Conspiracy, Possession with Intent to Deliver and Possession of Heroin.

As of the date of this writing, the defendant failed to report this contact with law enforcement.

PRAYING THAT THE COURT WILL ORDER THAT A HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE WITH THE CONDITIONS OF RELEASE. SAID HEARING WILL BE HELD BEFORE THE UNDERSIGNED ON FRIDAY, MARCH 5, 2010 AT 11 AM IN COURTROOM NO. 3A, 3RD FLOOR, U.S. COURTHOUSE, PITTSBURGH, PA.

ORDER OF COURT

Considered and ordered this 3rd day of March, 2010, and ordered filed and made a part of the records in the above case.

_____
Honorable Gary L. Lancaster
Chief U.S. District Judge

cc: All Counsel
    US Marshal
    US Pretrial Services/Probation

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on        February 26, 2010

_____
Rebecca Guenther
U.S. Pretrial Services/Probation Officer

_____
Elaine M. Johnston
Assistant Deputy Chief U.S. Probation Officer

Place                     Pittsburgh, PA