PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Richard Martin     Docket No.   0315 2:09CR00098-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Richard Martin, who was placed under pretrial release supervision by the Honorable Lisa Pupo Lenihan sitting in the COURT at Pittsburgh, PA, on the 15th day of April, 2009, under the following conditions:

The defendant shall not commit any offense in violation of any federal, state, or local law. Specific conditions include that he report to Pretrial Services as directed; that his travel be restricted to the Western District of Pennsylvania; that he surrender his passport to Pretrial Services and obtain no passport; that he refrain from possessing a firearm, destructive device, or other danger weapon; that he refrain from any use of alcohol; and that he refrain from the use or unlawful possess of a narcotic drug or other controlled substances. The defendant is also required to submit to drug testing and or treatment, if deemed advisable. The defendant is also required to report as soon as possible any contact with law enforcement personnel, including, but not limited to any arrest, questioning or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 26, 2010, this officer submitted a petition to the Court requesting a bond violation hearing be scheduled to address the defendant's non-compliance due to new charges criminal charges being filed. The Court ordered that a bond violation hearing be scheduled for March 5, 2010, at 11:00 a.m. The defendant appeared before the Magisterial District Court (05-0-03), Pittsburgh, Pennsylvania on March 2, 2010, for a preliminary hearing. All criminal charges alleged at Docket No. CR1955-10 were dismissed.

**PRAYING THAT THE COURT WILL ORDER THAT THE HEARING SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE WITH THE CONDITIONS OF RELEASE BE CANCELLED AT THIS TIME.**

ORDER OF COURT

Considered and ordered this 7th day of March, 2010, and ordered filed and made a part of the records in the above case.

Honorable Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 4, 2010

Rebecca Guenther
U.S. Pretrial Services/Probation Officer

Kimberly D. Williams
Supervisory U.S. Probation Officer

Place   Pittsburgh, PA